RECEIVED
OCT 21 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

FRANK BARTHOLIC
    Plaintiff

VERSUS

STATE OF ARIZONA
    Defendant

Civil Action No. 10-00286

JUDGE JAMES T. TRIMBLE, JR.
MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that defendant's motion to dismiss (Doc. 26) be GRANTED and Bartholic's complaint be DISMISSED WITH PREJUDICE.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 21st day of October, 2010.

James T. Trimble, Jr.
UNITED STATES DISTRICT JUDGE